UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20715-MGC

UNITED STATES OF AMERICA,

vs.

ANITA SGARRO,

        Defendant(s).
_____/

**DEFENDANT SGARRO'S
UNOPPOSED MOTION TO RELOCATE RESIDENCE**

        The Defendant, ANTA SGARRO, by and through undersigned counsel, files this unopposed motion to relocate her residence, and in support thereof states the following:

        1.     On September 22, 2016, the defendant was charged by indictment with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. §1349, one count of mail fraud (Count 2), in violation of 18 U.S.C. §1341, and one count of wire fraud (Count 10), in violation of 18 U.S.C. §1343.  (DE 3:1-16).  Following a lengthy jury trial, the defendant was found guilty of all three counts lodged against her.

        2.     Defendant is currently appealing the Judgment and Sentence.

        3.     In the interim, Ms. Sgarro wishes to move to the Sunny Isles Beach area

to reside closer to her place of employment and to more easily meet with counsel.

4. Defendant seeks this Court's approval for Ms. Sgarro to relocate to Sunny Isles Beach, Florida.

5. Ms. Sgarro is currently allowed to travel, which sometimes requires her to attend to a medical condition in Minnesota. Thus, all Ms. Sgarro seeks at this time is to be allowed to reside in the Southern District of Florida at 170-21 North Bay Road, Apartment No. 608, Sunny Isles Beach, Florida 33160. It is further requested all other conditions of pretrial release remain unchanged post-trial pending appeal.

6. Undersigned counsel has discussed this matter with AUSA Roger Cruz and U.S. Probation Officer Gavin B. Churchill who have no objection to the Court granting this motion.

WHEREFORE, Defendant requests to be allowed to travel and relocate her residence as stated herein.

> Respectfully submitted,
> SCOTT W. SAKIN, P.A.
> CJA Counsel for ANITA SGARRO
> 519 South Andrews Avenue
> Fort Lauderdale, Florida 33301-2831
> (954) 779-7879 Tel. / (954) 463-3604 Fax.
> E-mail: sakinlaw@hotmail.com
>
> By: __/s Scott W. Sakin_____
>     SCOTT W. SAKIN
>     Florida Bar No. 349089

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Relocate Residence was filed electronically with the Clerk of the Court through the CM/ECF system and copies of same distributed to all counsel of record and all known interested parties on this 29th day of November, 2017.

By: __/s Scott W. Sakin_____
SCOTT W. SAKIN
Florida Bar No. 349089