UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20715-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANITA SGARRO,

    Defendant.
_____/

**ORDER ON MOTION TO EXTEND SURRENDER DATE**

THIS CAUSE came before the Court on the defendant's *Motion to Extend Surrender Date* (ECF No.756) and the Court being fully advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, or the U.S. Marshals in this District **before 2:00 P.M. on February 1, 2018.** No further continuances shall be granted.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 21st day of December 2017.

                                                                         MARCIA G. COOKE
                                                                         United States District Judge

Copies furnished to:
All counsel of record
U.S. Marshals Service/BOP